United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 9, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-40503
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE LUIS GONZALEZ-GARCIA,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:05-CR-960-ALL
--------------------

Before BARKSDALE, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Jorge Luis
Gonzalez-Garcia raises arguments that are foreclosed by <u>United
States v. Garcia-Mendez</u>, 420 F.3d 454, 457 (5th Cir. 2005), <u>cert.
denied</u>, 126 S. Ct. 1398 (2006), which held that a Texas
conviction for burglary of a habitation was equivalent to
burglary of a dwelling and therefore was a crime of violence
under U.S.S.G. § 2L1.2, and by <u>Almendarez-Torres v. United
States</u>, 523 U.S. 224, 235 (1998), which held that 8 U.S.C.
§ 1326(b)(2) is a penalty provision and not a separate criminal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

offense.  The Government's motion for summary affirmance is
GRANTED, and the judgment of the district court is AFFIRMED.